Nelson D. Nolte, of Manchester, MO, argued for Creative Compounds, LLC.

Geoffrey S. Kercsmar, Kercsmar & Feltus, PLLC, of Scottsdale, AZ, argued for Ron Kramer, et al. With him on the brief was Gregory B. Collins.

MOORE, REYNA, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

AFFIRMED. *See* **Fed. Cir. R. 36.**

Michael Quinn, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. On the brief were Stuart F. Delery, Assistant Attorney General, J. Christopher Kohn, Director, and Ruth A. Harvey, Assistant Director and Alicia M. Hunt, Trial Attorney.

LOURIE, DYK, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

AFFIRMED. *See* **Fed. Cir. R. 36.**

**Kyle RE, on behalf of himself and all others similarly situated, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2014–1286.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2014.

S. Chandler Visher, Law Offices of S. Chandler Visher, of San Francisco, CA, argued for plaintiff-appellant.

**FREDERICKSBURG NON–PROFIT HOUSING CORP., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2014–5030.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2014.

Edward M. Lavin, Law Office of Edward M. Lavin, of San Antonio, TX, argued for plaintiff-appellant.

Antonia R. Soares, Trial Attorney, Commercial Litigation Branch, Civil Division,